FILED
IN CLERK'S OFFICE

2015 AUG 21 AM 11 46

U.S. DIST.
DISTRICT OF

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| JAMES PETER KYRICOPOULOS, | ) | |
| petitioner | ) | |
|  | ) | |
| v. | ) | Civil Action no. 15-12789-IT |
|  | ) | |
| LISA MITCHELL, | ) | |
| respondent | ) | |

PETITIONER'S MOTION TO BE RELEASED FROM
CUSTODY IMMEDIATELY

NOW COMES the Petitioner, James Peter Kyricopoulos, pro-se and moves this Honorable Court to Allow the Petitioner's Motion to be Released from State Custody Immediately. As reasons for, this civil action is a Habeas Corpus petition to show and have this Court after reviewing the Petition, to dexeixxx declare that the Petitioner is being incarcewrated in violation of his constitutiOonal rights, specificallt the fourth (4th) Amendment to the United States Constitution, arrested without Probable Cause, which the Petitioner has already showed in his petition, which at this time is awaiting a response from the Attorney General for the Commonwealth of Massachusetts. The Petitioner has attached an

Affidavit in Support of with supporting documents, that goes way beyond the level of showing that the petitioner is incarcerated illegally, but has been KIDNAPPED by a trio of Court officials, Trial Judge, District Attorney for Essex County and the Clerk of Courts for Essex County who have knowingly engaged in "joint venture" Xthat can only be described as SCARY that this can happen to a person in this country.

ACCORDINGLY, the Petitioner states that this Motion to Order the Petitioner Released from State Custody IMMEDIATELY MUST BE ALLOWED.

                                          Respectfully submitted,

James Peter Kyricopoulos,
  petitioner, pro-se
W-105398
presently incarcerated at:
Old Colony Correctional Center
Minimum Security
One Administration Road
Bridgewater, Mass. 02324

Dated: August 3, 2015