UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.
15-12789-IT

JAMES PETER KYRICOPOULOS, )

    petitioner )

)    PETITIONER'S MOTION TO

v.    COMPEL

)

LISA MITCHELL, )

    respondent

NOW COMES the petitioner, James Peter Kyricopoulos, pro-se and respectfully moves this Honorable Court to Allow his Motion to Compel, to Compel the respondent's Counsel to issue and forward to this Court and the Petitioner a written clarification re: the most disturbing statement that can be submitted within this Federal Court.

The Petitioner has attached an Affidavit in Support of.

    Respectfully submitted,

    James Peter Kyricopoulos,
    petitioner, pro-se
    presently incarcerated at:
    Old Colony Correctional Center
    Minimum Security
    One Administration Road
    Bridgewater, Mass. 02324

Dated: November 3, 2015