UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.
15-12789-IT

JAMES PETER KYRICOPOULOS, )

   petitioner

)

)

                              PETITIONER'S AFFIDAVIT IN

v.               )     SUPPORT OF HIS MOTION TO COMPEL

LISA MITCHELL, )

   respondent

)

I, James Peter Kyricopoulos state the following to be true:

1. I, James Peter Kyricopoulos am the petitioner in this habeas corpus pending in this Court at this time.

2. The petitioner is representing himself in this matter, is 66 years of age, has over 3 years of law, and has been "literally" around the world. and this incarceration was an attempt to break me, never happen.

3. The Respondent's counsel, Asst' Attorney General Benedetto filed Motion to Dismiss, she made statements as , petitioner never tried to Appeal, within prior proceedings, knowingly made false representations of the record despite including the docket entries where any reasonable person would conclude what kind of game is she playing, WHY so deceptive, further she knows that those same docket entries are as she

says "incorrect," what does she mean, so accordingly as a agent of the Attorney General of this state, "top cop," plus as many federal Appeals Courts have stated, they give great deference to the Office of the Attorney to only bring forward an accurate record, clearly the Asst' Attorney General has not done that, so accordingly she must be ordered to answer the following:

1. The petitioner has submitted that the docket entries have been falsified, True or False, if False please clarify?

2. The appeal she refers to in her Motion to Dismiss dated April 28, 2015, what was the appeal for, appealing What, and WHY was the Appeal never processed by the Clerk?

3. Did the petitioner file a Amended Petition Pursuant to Crim. R. 30A, if yes, Why is it not the docket entries?

4. Did the Commonwealth block the petitioner's right to Appeal? if yes, clarify, if no, explain Why not?

Accordingly the Petitioner's Motion to Compel must be Allowed, and that the Attorney General or Ms. Benedetto answer the above questions within 14 days of this Court's order.

Signed under the pains and penalties of perjury this 3rd day of November, 2015.

James Peter Kyricopoulos

Respectfully submitted,

*[signature]*

James Peter Kyricopoulos,
petitioner, pro-se
presently incarcerated at:
Old Colony Correctional
Center
Minimum Security
One Administration Road
Bridgewater, Mass. 02324

Dated: November 3, 2015

## CERTIFICATE OF SERVICE

I, James Peter Kyricopoulos, petitioner, pro-se do hereby certify that true copies of the enclosed, Petitioner's Motion for Reconsideration and Petitioner's Motion to Compel were mailed by first class mail, postage prepaid to Asst' Attorney General Benedetto, One Ashburton Place, Boston, Mass. 02108 this 4th day of November, 2015.

_____
James Peter Kyricopoulos

Dated: November 3, 2015